Chaztanious BLACKBURN,
Petitioner–Appellant,

v.

Timothy McKOY, Superintendent,
Franklin Correctional Center,
Respondent–Appellee.

No. 16–6165.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 21, 2016.

Decided: April 26, 2016.

Chaztanious Blackburn, Appellant Pro
Se.

Before WILKINSON, KING, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Chaztanious Blackburn seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2012) petition. We
dismiss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded 30 days after the
entry of the district court's final judgment
or order to note an appeal, Fed. R.App. P.
4(a)(1)(A), unless the district court extends

the appeal period under Fed. R.App. P.
4(a)(5), or reopens the appeal period under
Fed. R.App. P. 4(a)(6). "[T]he timely fil-
ing of a notice of appeal in a civil case is a
jurisdictional requirement." *Bowles v.
Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360,
168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on August 4, 2015. The
notice of appeal was filed on January 5,
2016.* Because Blackburn failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we deny leave to proceed in forma
pauperis, deny a certificate of appealabili-
ty, and dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that
the date appearing on the notice of appeal is
the earliest date it could have been properly
delivered to prison officials for mailing to the
court. Fed. R.App. P. 4(c); *Houston v. Lack,*
487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988).